McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH CARLILE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JO ANNE B. BARNHART,<br>　Commissioner of<br>　Social Security,<br><br>　　　　　Defendant. | CIV-S-03-1330 PAN<br><br>STIPULATION OF THE PARTIES TO WITHDRAWAL OF DEFENDANT'S ANSWER PENDING COMPLETION OF REMAND PROCEEDINGS; ORDER |

　　　　IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Defendant's Answer and the Administrative Transcript filed August 26, 2004 are hereby withdrawn.  The parties further stipulate that such filing was premature in that proceedings consistent with the Order of Remand filed October 9, 2003 have not yet been completed.

　　　　The parties further stipulate that counsel for Plaintiff will provide a facsimile of this stipulation bearing counsel's signature for retention in Defendant's case file, and hereby

1  authorizes counsel for Defendant to file this document in .pdf format under the latter's Electronic
2  Case Filing password, pursuant to Local Rule 7-131.

3
4  DATED: April 14, 2005 	 /s/ Robert N. Campbell
   	ROBERT N. CAMPBELL
   	Attorney at Law
5
   	Attorney for Plaintiff
6

7  DATED: April 15, 2005 	McGREGOR W. SCOTT
   	United States Attorney
8

9  	By: /s/ Bobbie J. Montoya
   	BOBBIE J. MONTOYA
10 	Assistant U. S. Attorney

11 	Attorneys for Defendant

12

13 OF COUNSEL:

14 JANICE L. WALLI
   Chief Counsel, Region IX
15
   JEAN M. TURK
16 Assistant Regional Counsel

17 Social Security Administration

18
19
20
21
22
23
24
25
26
27 RE:    KENNETH CARLILE v. JO ANNE B. BARNHART, Civ-S-03-1330 PAN, STIPULATION AND ORDER
   EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
28

McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH CARLILE, | CIV-S-03-1330 PAN |
| Plaintiff, | ORDER |
| v. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

For good cause shown, the Court hereby grants the parties' request to permit Defendant to withdraw the Answer and Administrative Transcript pending completion of remand proceedings pursuant to sentence six of 42 U.S.C. § 405(g).  The Order to Show Cause filed March 17, 2005, is hereby VACATED.

APPROVED AND SO ORDERED.

Dated:  April 20, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge